# Exhibit 4

| | |
|---|---|
| **From:** | Laura Temoyan |
| **To:** | Ellenbogen, Bennett |
| **Cc:** | John Hanamirian |
| **Subject:** | Subpoena - James O"Brien |
| **Date:** | Wednesday, May 15, 2019 12:28:55 PM |
| **Attachments:** | image001.png |

Dear Mr. Ellenbogen:

John asked me to reach out to you to let you know that he will accept service of the Subpoena for James O'Brien.

Of course, if you require additional information, please do not hesitate to contact John directly.

Thank you,

Laura

# HANAMIRIAN LAWFIRM
**MAIN STREET TO WALL STREET**

Laura M. Temoyan, RP, NJCP
Senior Litigation Paralegal
Hanamirian Law Firm, P.C.
40 E. Main Street
Moorestown, NJ 08057
856.793.9092
856.793.9121 – f
lys@hanamirian.com
www.hanamirian.com