# Exhibit 5



# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

**DIVISION OF ENFORCEMENT**

Bennett Ellenbogen
Senior Counsel
(212) 336-0062
*ellenbogenB@sec.gov*

May 15, 2019

**BY UPS & ELECTRONIC MAIL**

Mr. James O'Brien
c/o John Hanamirian, Esq.
Hanamirian Law Firm
40 Main Street
Moorestown, NJ  08057

Re:    **American River Bankshares(NY-09615)**

Dear Mr. O'Brien:

The staff of the Securities and Exchange Commission is conducting an investigation in the matter identified above.  The enclosed subpoena has been issued to Mr. James O'Brien as part of this investigation.  The subpoena requires you to provide sworn testimony.  The staff further requests that you voluntarily complete the attached background questionnaire in advance of your testimony.

Please read the subpoena and this letter carefully.  This letter answers some questions you may have about the subpoena.  You should also read the enclosed SEC Form 1662.  You must comply with the subpoena.  You may be subject to a fine and/or imprisonment if you do not.

## Testifying

*Where and when do I testify?*

The subpoena requires you to come to the Commission's offices at 200 Vesey Street, Suite 400, New York, NY 10281, on **June 19, 2019 at 10:00 a.m.**, to testify under oath in the matter identified on the subpoena.  Your testimony will be recorded by stenographic means.

## Other Important Information

*May I have a lawyer help me respond to the subpoena?*

Yes.  You have the right to consult with and be represented by your own lawyer in this matter.  Your lawyer may also advise and accompany you when you testify.  We cannot give you legal advice.

Subpoena issued to
Mr. James O'Brien
May 15, 2019
Page 2

*What will the Commission do with the materials I send and/or the testimony I provide?*

The enclosed SEC Form 1662 includes a List of Routine Uses of information provided to the Commission. This form has other important information for you. Please read it carefully.

*Has the Commission determined that anyone has done anything wrong?*

This investigation is a non-public, fact-finding inquiry. We are trying to determine whether there have been any violations of the federal securities laws. The investigation and the subpoena do not mean that we have concluded that you or anyone else has broken the law. Also, the investigation does not mean that we have a negative opinion of any person, entity or security.

*Important Policy Concerning Settlements*

Please note that, in any matter in which enforcement action is ultimately deemed to be warranted, the Division of Enforcement will not recommend any settlement to the Commission unless the party wishing to settle certifies, under penalty of perjury, that all documents responsive to Commission subpoenas and formal and informal document requests in this matter have been produced.

*I have read this letter, the subpoena, and the SEC Form 1662, but I still have questions. What should I do?*

If you have any other questions, you may call me at (212) 336-0062. If you are represented by a lawyer, you should have your lawyer contact me.

                Sincerely,

                /S
                Bennett Ellenbogen
                Counsel

Enclosures:    Subpoena
                   SEC Form 1662
                   Background Questionnaire



# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

### In the Matter of American River Bankshares (NY-09615)

To: Mr. James O'Brien
c/o John Hanamirian, Esq.
Hanamirian Law Firm
40 Main Street
Moorestown, NJ  08057

---

☑  **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date, and time specified below.

**200 Vesey Street, Suite 400, New York, NY 10281, June 19, at 10:00 a.m.**

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
Failure to comply may subject you to a fine and/or imprisonment.

By:   /S/_____          Date:  May 15, 2019
       Bennett Ellenbogen
       Senior Counsel

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter.  The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act.

---

NOTICE TO WITNESS:    If you claim a witness fee or mileage, submit this subpoena with the claim voucher.

U.S. Securities and Exchange Commission
Data Delivery Standards

Rev 10/2014

Ellenbogen, Bennett

**From:** UPS Quantum View <pkginfo@ups.com>
**Sent:** Thursday, May 16, 2019 9:32 AM
**To:** Best, Bianca (Contractor) <BestB@SEC.GOV>
**Subject:** UPS Delivery Notification, Tracking Number 1Z88R5V40197215931

### Your package has been delivered.

**Delivery Date:** Thursday, 05/16/2019
**Delivery Time:** 09:22 AM

At the request of SEC NEW YORK REGION this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1Z88R5V40197215931 |
| **Ship To:** | James O'Brien<br>Hanamirian Law Firm<br>40 E MAIN ST<br>MOORESTOWN, NJ 08057<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Weight:** | 2.0 LBS |
| **Delivery Location:** | FRONT DESK |
| | HANAMIRIAN |

1

☐ Download the UPS mobile app

---

© 2019 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message. For more information on UPS's privacy practices, refer to the UPS Privacy Notice. For questions or comments, visit the Help and Support Center.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Help and Support Center**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2019, I caused to be served the Subpoena to James O'Brien for documents and testimony by email and UPS:

>Mr. James O'Brien
>c/o John Hanamirian, Esq.
>Hanamirian law Firm
>40 Main Sttreet
>Moorestown, NJ 08057
>jmh@hanamirian.com
>*Attorney for James O'Brien*

Dated: May 16, 2019
New York, New York

/S _____
Bennett Ellenbogen