# Exhibit 7

| | |
|---|---|
| **From:** | Laura Temoyan |
| **To:** | Ellenbogen, Bennett |
| **Cc:** | John Hanamirian |
| **Subject:** | RE: Subpoena - James O"Brien |
| **Date:** | Tuesday, May 21, 2019 4:28:29 PM |
| **Attachments:** | image004.png |
| | image005.png |
| | image006.png |
| | image007.jpg |

Thank you.

Same start time and location, correct?

Sincerely,

Laura



Laura M. Temoyan, RP, NJCP
Senior Litigation Paralegal
Hanamirian Law Firm, P.C.
40 E. Main Street
Moorestown, NJ 08057
856.793.9092
856.793.9121 – f
lys@hanamirian.com
www.hanamirian.com



**From:** Ellenbogen, Bennett [mailto:EllenbogenB@SEC.GOV]
**Sent:** Tuesday, May 21, 2019 4:25 PM
**To:** Laura Temoyan <lmt@hanamirian.com>
**Cc:** John Hanamirian <jmh@hanamirian.com>
**Subject:** RE: Subpoena - James O'Brien

Let's do the 23rd.

---

**From:** Laura Temoyan [mailto:lmt@hanamirian.com]
**Sent:** Tuesday, May 21, 2019 4:14 PM
**To:** Ellenbogen, Bennett
**Cc:** John Hanamirian
**Subject:** RE: Subpoena - James O'Brien

Thank you, Mr. Ellenbogen.

John is available:

- Monday, 7/22;
- Tuesday, 7/23; and
- Thursday, 7/25.

Let me know if any of the above dates work with your schedule.

Sincerely,

Laura



Laura M. Temoyan, RP, NJCP
Senior Litigation Paralegal
Hanamirian Law Firm, P.C.
40 E. Main Street
Moorestown, NJ 08057
856.793.9092
856.793.9121 – f
lys@hanamirian.com
www.hanamirian.com




**From:** Ellenbogen, Bennett [mailto:EllenbogenB@SEC.GOV]
**Sent:** Tuesday, May 21, 2019 4:11 PM
**To:** Laura Temoyan <lmt@hanamirian.com>
**Cc:** John Hanamirian <jmh@hanamirian.com>
**Subject:** RE: Subpoena - James O'Brien

The week of July 8 does not work.  How is the week of July 22?

---

**From:** Laura Temoyan [mailto:lmt@hanamirian.com]
**Sent:** Tuesday, May 21, 2019 4:07 PM
**To:** Ellenbogen, Bennett
**Cc:** John Hanamirian
**Subject:** RE: Subpoena - James O'Brien

Dear Mr. Ellenbogen:

We are in receipt of the Subpoena regarding Mr. O'Brien and the interview date of June 19, 2019. Unfortunately, John is not available on June 19th. Kindly advise of the availability of conducting the interview the week of July 8th.

Thank you,

Laura



Laura M. Temoyan, RP, NJCP
Senior Litigation Paralegal
Hanamirian Law Firm, P.C.
40 E. Main Street
Moorestown, NJ 08057
856.793.9092
856.793.9121 – f
lys@hanamirian.com
www.hanamirian.com


**From:** Ellenbogen, Bennett [mailto:EllenbogenB@SEC.GOV]
**Sent:** Wednesday, May 15, 2019 1:13 PM
**To:** Laura Temoyan <lmt@hanamirian.com>
**Cc:** John Hanamirian <jmh@hanamirian.com>
**Subject:** RE: Subpoena - James O'Brien

Thank you. Please see attached.


**Bennett Ellenbogen**
Senior Enforcement Counsel
U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Properties
200 Vesey Street, 4th floor
New York, NY  10281
Phone: (212) 336-0062
Email: ellenbogenb@sec.gov
cool



**From:** Laura Temoyan [mailto:lmt@hanamirian.com]
**Sent:** Wednesday, May 15, 2019 12:29 PM
**To:** Ellenbogen, Bennett
**Cc:** John Hanamirian
**Subject:** Subpoena - James O'Brien

Dear Mr. Ellenbogen:

John asked me to reach out to you to let you know that he will accept service of the Subpoena for James O'Brien.

Of course, if you require additional information, please do not hesitate to contact John directly.

Thank you,

Laura



Laura M. Temoyan, RP, NJCP
Senior Litigation Paralegal
Hanamirian Law Firm, P.C.
40 E. Main Street
Moorestown, NJ 08057
856.793.9092
856.793.9121 – f
lys@hanamirian.com
www.hanamirian.com