# Exhibit 15

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No. NY-09615-A
AMERICAN RIVER BANKSHARES )
(TISO) )

WITNESS: James O'Brien

PAGES: 1 through 9

PLACE: Securities and Exchange Commission
200 Vesey Street
New York, New York

DATE: Tuesday, July 23, 2019

The above-entitled matter came on for hearing, pursuant to notice, at 10:20 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

APPEARANCES:

On behalf of the Securities and Exchange Commission:
BENNETT ELLENBOGEN, ESQ.
WENDY B. TEPPERMAN, ESQ.
Securities and Exchange Commission
Division of Enforcement
200 Vesey Street
New York, New York

On behalf of the Witness:
(No appearance.)

CONTENTS

| WITNESS: | | EXAMINATION |
|---|---|---|
| (No appearance.) | | |
| EXHIBITS: | DESCRIPTION | IDENTIFIED |
| (No exhibits identified.) | | |

PROCEEDINGS

MR. ELLENBOGEN: We are on the record on July 23, 2019 at the New York regional offices of the Securities and Exchange Commission. I am Bennett Ellenbogen, and with me today is Wendy Tepperman, the Assistant Regional Director.

It is 10:20 a.m., and the witness, James O'Brien, has not shown up. We have been informed by his counsel that he's not intending to show up. I just wanted to place a couple of things on the record today.

On February 17, 2017, the staff obtained the Formal Order of Investigation in this matter. Subsequently, we've obtained two supplemental formal orders adding additional names to our Formal Order of Investigation. We obtained supplemental formal orders on May 14, 2019 and June 6, 2019.

MS. TEPPERMAN: The formal orders names us officers, the two of us here today.

MR. ELLENBOGEN: And a number of

other individuals who are not present today, but a number of other individuals.

On March 15, 2019, Mr. O'Brien's attorney, John Hanamirian had agreed to accept service of the subpoena and we served Mr. O'Brien through Mr. Hanamirian. We've had marked as Exhibit Number 1, the e-mail from Mr. Hanamirian and his office agreeing to accept service of the subpoena. I've had marked as Exhibit Number 2, the May 15, 2019 subpoena to Mr. O'Brien and sent to Mr. Hanamirian on, as I said, on May 15, 2019.

It wasn't until July 10th where Mr. Hanamirian first reached out to the staff to discuss the upcoming testimony and it wasn't until July 17th, that he first stated that his client would not testify in this matter. And prior to that, he also reached out to the staff on May 21st to discuss the date for Mr. O'Brien's testimony and we agreed to move the date to today, July 23rd.

I've marked as Exhibit Number 3, the e-mail correspondence in May where we

Page 6

discussed moving the testimony date to today, and then I've marked as Exhibit Number 4, the e-mail correspondence in July, the July 10th and July 17th e-mail exchanges where Mr. Hanamirian first expressed some reservations and then refusing to have his client appear for testimony.

Since that time with the correspondence between the staff and Mr. Hanamirian, the staff has made our position clear that Mr. O'Brien was lawfully served with a subpoena from the staff with a formal order authority to issue subpoenas and there was no legitimate reason for Mr. O'Brien or Mr. Hanamirian to object to the subpoena.

We reduced our position to a letter, which we sent on July 22, 2019, and we also offered in that letter to postpone the testimony in order to give Mr. O'Brien and his attorney time to reconsider and review the case law and in order to avoid any court intervention.

About a half hour after we sent

Page 7

our letter, Mr. Hanamirian rejected our claims, responded that he had already provided his client's position in his last e-mail. I've marked as Exhibit Number 5, the July 22, 2019 letter to Mr. Hanamirian.

It is now 10:24 a.m. Again, the witness has not shown up and we will end the testimony today and take it from there as we decide what we want to do going forward.

With that, we'll go off the record.

(Whereupon, at 10:24 a.m., the examination was concluded.)

* * * * *

Page 8

PROOFREADER'S CERTIFICATE

In The Matter of: AMERICAN RIVER BANKSHARES
Witness: James O'Brien
File Number: NY-09615-A
Date: Tuesday, July 23, 2019
Location: New York, NY

This is to certify that I, Maria E. Paulsen, (the undersigned), do hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings of the investigative testimony.

________________ ________________
(Proofreader's Name) (Date)

Page 9

CERTIFICATE

STATE OF NEW YORK )
:SS
COUNTY OF NASSAU )

I, Elbia Merino, a shorthand reporter within and for the State of New York, do hereby certify that the within is a true and accurate transcript of the statement taken on July 23, 2019. I further certify that I am not related to any of the parties to this action by blood or by marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of July, 2019.

_signature_